J. Gary Gwilliam (SBN. 33430)
Randall E. Strauss (SBN. 168363)
Jayme L. Walker (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREW
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510)832-5411
Fax: (510)832-1918
Email: jwalker@giccb.com

Attorneys for Plaintiff
PATRICIA BURLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BURLEY, | Case No.: 16-cv-06762 |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| CITY AND COUNTY OF SAN FRANCISCO; GREG SUHR; and DOES 1-100, | |
| Defendants. | |

WHEREAS, Plaintiff Patricia Burley filed her complaint for damages October 18, 2015.

WHEREAS, Plaintiff and Defendant City and County of San Francisco and Greg Suhr settled this matter on or about September 11, 2017.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

DATE: February 28, 2018   GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

/s/ Jayme L. Walker
Randall E. Strauss
Jayme L. Walker
Attorneys for Plaintiff
PATRICIA BURLEY

DATE: February 28, 2018   DEPUTY CITY ATTORNEY

Dated: March 1, 2018

/s/ Trevor J. Koski
Trevor J. Koski
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE
*Burley v. City and County of San Francisco, et al.*
<u>Northern District of California, Case No. 16-cv-06762</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER, 1999 Harrison St., Suite 1600, Oakland, California 94612.

On February 28, 2018, I served the following document(s) by the method indicated below:

## STIPULATION OF DISMISSAL

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☒ by transmitting a true and correct copy of the document listed, electronically. Based on a court order or agreement among the parties to accept service by email or electronic transmission, I caused each document described herein to be sent to the person at the email address listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

| | |
|---|---|
| Trevor J. Koski<br>San Francisco City Attorney's Office<br>1390 Market St., Fl. 5<br>San Francisco, CA 94102-5404<br>Tel: (415) 554-4223<br>Fax: (916) 646-1300<br>Email: trevor.j.koski@sfgov.org | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, ET AL. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 28, 2018, at Oakland, California.

/s/ Stephanie Wickizer
Stephanie Wickizer